# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAYNA JO CARLTON, <br><br> Defendant. | Case No.: '21 MJ3549 <br><br> COMPLAINT FOR VIOLATION OF <br><br> 18 U.S.C. § 545 Smuggling Goods Into the United States (Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about August 22, 2021, within the Southern District of California, defendant SHAYNA JO CARLTON did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, twenty-four 1-liter bottles of "Metaldane 600", in violation of Title 18, United States Code, Section 545.

//
//
//
//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Michael Lesley, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on August 25, 2021.

_____
HON. BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

United States of America
    v.
Shayna Jo CARLTON

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

At approximately 8:15 p.m. on August 22, 2021, Shayna Jo CARLTON entered the United States at the Otay Mesa Port of Entry as the driver, registered owner, and sole occupant, of a 2014 Toyota Scion XB bearing California license plates. While CARLTON was waiting in Lane 5 for her turn to reach the Primary Booth, a Customs and Border Protection (CBP) K-9 alerted to the vehicle. A CBP Officer then asked CARLTON if she had anything to declare, and she responded that she did not. The CBP Officer inspected CARLTON's vehicle and located two boxes of Mexican pesticides in the cargo area beneath a bag of clothing. The CBP Officer then referred the vehicle to Secondary for further inspection. In the Secondary inspection area, CBP Officers located and seized twenty-four 1-liter bottles of "Metaldane 600" inside two cardboard boxes located in the cargo area of CARLTON's vehicle.

After being advised of her Constitutional rights and waiving her rights in writing, CARLTON stated that she had purchased the pesticides in Mexico and was bringing them into the United States for someone else who was going to pay her $50

per box. CARLTON stated that she had also crossed into the United States from Mexico on the previous day (August 21) with 2 additional boxes of Metaldane 600, for a total of 4 boxes (2 boxes on each day), with each box containing 12 bottles, for a total forty-eight 1-liter bottles of Metaldane 600.

According to the label, "Metaldane 600" contains the active ingredient methamidophos. EPA special agents advised that in the United States, methamidophos is a cancelled pesticide, due to the fact that it is lethal if ingested, absorbed through the skin, or inhaled; highly toxic to bees; very highly toxic to birds; highly toxic to mammals; very highly toxic to freshwater invertebrates; toxic to estuarine and marine fish and invertebrates; capable of entering surface water as runoff; and a risk to drinking water.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides. 7 U.S.C. §136j(a)(1)(A). Only pesticides registered with the EPA may be imported or sold in the United States. 7 U.S.C. §136o(c). All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e). In addition, all required information on a label must appear in the English language. 40 C.F.R. §156.10(a)(3). The containers of pesticide found with CARLTON were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 C.F.R. §12.112. CARLTON provided no such Notice of Arrival for the pesticides in this case.

On August 23, 2021, agents gave CARLTON a Notice to Appear, requiring her to appear in San Diego before the duty magistrate at 2:00 p.m. on August 31, 2021, to answer to these charges.