# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-2728-AJB |
| Plaintiff, | |
| v. | I N F O R M A T I O N |
| SHAYNA JO CARLTON, | 18 U.S.C. § 545<br>Smuggling Goods Into the United States<br>(Felony) |
| Defendant. | |

The United States Attorney charges:

## COUNT 1

On or about August 22, 2021, within the Southern District of California, defendant SHAYNA JO CARLTON did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, twenty-four 1-liter bottles of "Metaldane 600," in violation of Title 18, United States Code, Section 545.

DATED: September 16, 2021

RANDY S. GROSSMAN
Acting United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney